UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:15-CV-22087-RNS

MEDARDO KAUFFMAN BAREA and all )
others similarly situated under 29 U.S.C. )
216(b), )
    )
    )
         Plaintiff, )
    vs. )
    )
    )
MIAMI USED PALLETS, CORP.; )
ROBERTO RODRIGUEZ RAMOS )
    )
         Defendants. )
_____ )

## STATEMENT OF CLAIM

Comes Now Plaintiff MEDARDO KAUFFMAN BAREA by and through undersigned counsel and hereby files his Statement of Claim and in support thereof states as follows:

**A.     Overtime Claim**

| | | |
|---|---|---|
| 1. | Period of Claim: | October 18, 2002 through June 1, 2015 |
| 2. | Number of weeks: | 658 |
| 3. | Regular hourly rate: | $6.12 |
| 4. | Total hours worked per week on average: | 98 hours per week |
| 5. | Approximate hours worked over 40 per week:58 | |
| 6. | Applicable Federal Minimum wage: | $7.25 per hour |
| 7. | Applicable half time rate: | $3.06 |
| 8. | Difference owed to plaintiff: | $3.06/hr |
| 9. | Calculation of overtime wages owed: | 3.06/hr x 98hrs/wk x658 weeks |
| | | =$197,321.04 |
| 10. | Double Damages: | $197,321.04 x 2=**$394,642.08** |

**B.** **Minimum Wage Claim**

| | | |
|---|---|---|
| 1. | Period of Claim: | October 18, 2002 through June 1, 2015. |
| 2. | Number of weeks: | 658 |
| 3. | Regular pay rate: | $6.12 |
| 4. | Total hours worked: | 98 hours per week |
| 5. | Hours claimed for minimum wage: | 40 per week |
| 6. | Applicable Federal Minimum wage: | $7.25 per hour |
| 7. | Difference owed: | $7.25 – $6.12 = $1.13/hr |
| 8. | Calculation of minimum wage owed: | $1.13/hr x 98 hrs/wk x 658 weeks |
| | | =$72,866.92. |
| 9. | Double Damages: | $72,866.92 x 2 = **$145,733.84** |

Total Damages for A and B :          **$540,375.92**

Respectfully Submitted,

Steven C. Fraser, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167
Email: steven.fraser.esq@gmail.com

By:__/s/ Steven C. Fraser _____
      Steven C. Fraser, Esq.
      Florida Bar Number: 625825

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Statement of Claim was sent via CM/ECF to on this 16rd day of June 2015.  As of June 16, 2015 no attorney has made an appearance for Defendants.

By:__/s/Steven C. Fraser_____
Steven C. Fraser, Esq.
Florida Bar Number: 625825