UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-22087-Scola/Otazo-Reyes

MEDARO KAUFFMAN BAREA and all
Others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

MIAMI USED PALLETS, CORP. and
ROBERTO RODRIGUEZ RAMOS,

    Defendants.
_____/

## RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS

**COME NOW,** the Defendants, by and through their undersigned attorney and herewith file this, their Response to Plaintiff's First Request for Admissions to Defendants and in support thereof would state as follows:

1. Defendants presently do not have records as to exact dates work was provided by Plaintiff, and therefore denies same at this time however admit that Plaintiff provided work during three (3) years prior to the institution of this action.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

1

6. Denied at this time since Defendants are in the process of compiling relevant material with respect thereto, however would seek a Protective Order to be filed under separate cover as to information for a period of time exceeding the application Statutes of Limitations under the Fair Labor Standards Act, even assuming Plaintiff is entitled to any relief, which Defendants hereby deny.

7. Denied as stated, however admit Defendants do not have punch clock time cards.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied at this time, however Defendants have requested copies of tax returns for appropriate periods of time to which Plaintiffs would even be entitled to any relief assuming same pursuant to the applicable statutory provisions of the Fair Labor Standards Act, and therefore deny all other portions of said paragraph not heretofore specifically admitted at this time.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

          LAW OFFICES OF
          STEPHEN N. ROSENTHAL, ESQ.


          BY:__/s/_____
          STEPHEN N. ROSENTHAL, ESQ.
          Attorney for Defendants
          Florida Bar # 346144
          The City National Bank Building
          25 West Flagler Street, Suite 1040
          Miami, Florida 33130
          Tel: (305) 931-1115
          Fax: (305) 931-1180
          Email:  snrlw@aol.com

      /s/
SCOTT EGLESTON, ESQ.
Co-Counsel for Defendants
Florida Bar # 883425
152 N.E. 167th Street
Suite 300
Miami, Florida  33162
Tel: (305) 892-8088
Fax: (305) 675-3730
Email:  Scott@eglestonlegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 23, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  J. H. ZIDELL, ESQ., zabogado@aol.com.

/s/  Stephen N. Rosenthal, Esq.

STEPHEN N. ROSENTHAL