UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:15-CV-22087-RNS

MEDARDO KAUFFMAN BAREA and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiff, )
vs. )
 )
MIAMI USED PALLETS, CORP.; )
ROBERTO RODRIGUEZ RAMOS )
 )
        Defendants. )
_____ )

## STATEMENT OF CLAIM

Comes Now Plaintiff MEDARDO KAUFFMAN BAREA by and through undersigned counsel and hereby files his Statement of Claim and in support thereof states as follows:

**A.   Federal Overtime Claim**

1. Period of Claim:                              June 1, 2012 through June 1, 2015

2. Number of weeks:                          156

3. Regular hourly rate:                        $6.12

4. Total hours worked per week on average:   98 hours per week

5. Approximate hours worked over 40 per week: 58

6. Applicable Federal Minimum wage:     $7.25 per hour

7. Applicable half time rate:                  $3.06

8. Difference owed to plaintiff:               $3.06/hr

9. Calculation of overtime wages owed:   3.06/hr x 98hrs/wk x156 weeks

                                                         =**$46,781.28**

10. Double Damages:                          $46,781.28 x 2=**$92,562.56.**

**B.** **Minimum Wage Claim**

1. Period of Claim: June 1, 2012 through June 1, 2015.

2. Number of weeks: 156

3. Regular pay rate: $6.12

4. Total hours worked: 98 hours per week

5. Hours claimed for minimum wage: 40 per week

6. Applicable Federal Minimum wage: $7.25 per hour

7. Difference owed: $7.25 – $6.12 = $1.13/hr

8. Calculation of minimum wage owed: $1.13/hr x 40 hrs/wk x 156 weeks

   =$7,051.20

9. Double Damages: $7,051.20 x 2 =**$14,102.40**

**C.** **Florida Minimum Wage (alternative claim)**

   Period of Claim: June 1, 2010 through June 1, 2015.

**Period Claimed**: 6/1/10-5/31/11

   Weeks: **52** weeks
   Hours (worked per week:) **98** hours
   Minimum wage: $7.25/hr. (default Fed. Minimum Wage)
   Wage paid: $6.12/hr
   Wage owed: $1.13/hr
   Amount owed: $1.13/hr X 52 weeks X 98 hours = **$ 5,758.48**

**Period Claimed: 6/1/11-12/31/11**
   Weeks: **30** weeks
   Hours (worked per week:) **98** hours
   Minimum wage: $7.31/hr.
   Wage paid: $6.12/hr
   Wage owed: $1.19/hr
   Amount owed: $1.19/hr X 30 weeks X 98 hours = **$ 3,498.60**

**Period Claimed: 1/1/12-12/31/12**
   Weeks: **52** weeks
   Hours (worked per week:) **98** hours

    Minimum wage: $7.67/hr.
    Wage paid: $6.12/hr
    Wage owed: $1.55/hr
    Amount owed: $1.55/hr X 52 weeks X 98 hours = **$ 7,898.80**

**Period Claimed: 1/1/13-12/31/13**
    Weeks: **52** weeks
    Hours (worked per week:) **98** hours
    Minimum wage: $7.79/hr.
    Wage paid: $6.12/hr
    Wage owed: $1.67/hr
    Amount owed: $1.67/hr X 52 weeks X 98 hours = **$ 8,510.32**

**Period Claimed: 1/1/1412/31/14**
    Weeks: **52** weeks
    Hours (worked per week:) **98** hours
    Minimum wage: $7.93/hr.
    Wage paid: $6.12/hr
    Wage owed: $1.81/hr
    Amount owed: $1.81/hr X 52 weeks X 98 hours = **$ 9,223.76**

**Period Claimed: 1/1/15 – 6/1/15**
    Weeks: **21** weeks
    Hours (worked per week:) **98** hours
    Minimum wage: $8.05/hr.
    Wage paid: $6.12/hr
    Wage owed: $1.93/hr
    Amount owed: $1.93/hr X 21 weeks X 98 hours = **$ 3,971.94**

    Florida Claim Total:   $38,871.19 x 2 for liquidated damages=$**77, 742.38**

                          Respectfully Submitted,

                           Steven C. Fraser, Esq.
                           J.H. Zidell, P.A.
                           Attorney for Plaintiff
                           300 71st Street, Suite 605
                           Miami Beach, Florida 33141
                           Tel: (305) 865-6766
                           Fax: (305) 865 – 7167
                           Email: steven.fraser.esq@gmail.com

                           By:__/s/ Steven C. Fraser_____
                              Steven C. Fraser, Esq.
                              Florida Bar Number: 625825

      I hereby certify that on August 13, 2015, I electronically filed the Amended Statement of Claim with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    __/s/Steven C. Fraser__
                                      Steven C. Fraser, Esq.
                                      Fla. Bar No. 625825
                                      J.H. Zidell, P.A.
                                      Attorney for Plaintiff
                                      300 71st Street #605
                                      Miami Beach, Florida 33141
                                      Tel: (305) 865-6766
                                      Fax: (305) 865 – 7167
                                      Email: steven.fraser.esq@gmail.com

                        SERVICE LIST

SCOTT EGLESTON, ESQ.
Co-Counsel for Defendants
Law Office of Scott Egleston
152 NE 167th Street, Suite 300
Miami, Florida 33162-3400
Tel:  (305) 892-8088
Fax: (305) 892-9562
Florida Bar No.  883425
scotteglestonatt@bellsouth.net
By: /s/Scott Egleston, Esq
Scott Egleston, Esq.
Florida Bar Number: 883425


STEPHEN N. ROSENTHAL, ESQ.
Attorney for Defendants
25 West Flagler Street, Suite 1040
Miami, Florida  33130
Tel:  (305) 931-1115
Fax: (305) 931-1180
snrlw@aol.com
By: /s/Stephen N. Rosenthal
Stephen N. Rosenthal
Florida Bar Number: 346144