UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:15-CV-22087-RNS

MEDARDO KAUFFMAN BAREA and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiff, )
vs. )
 )
MIAMI USED PALLETS, CORP.; )
ROBERTO RODRIGUEZ RAMOS )
 )
        Defendants. )
_____ )

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Comes Now Plaintiff, by and through undersigned, pursuant to Federal Rules of Civil Procedure Rule 15 and Southern Local Rule 15.1, Plaintiff requests an entry of an order granting the above-described motion ("Motion for Leave to Amend"), and as grounds states:

1. On or about June 2, 2015, Plaintiff filed a two count complaint alleging violations of the Fair Labor Standards Act based upon federal minimum wages and federal overtime wages.

2. On or about June 22, 2015, Defendants filed a Motion to Dismiss which plaintiff has responded.

3. On August 17, 2015 Plaintiff filed his Amended Statement of Claim which Defendants responded to on August 18, 2015.

4. Plaintiff is seeking to amend it complaint to add a third count arising from the alleged Florida Minimum Wage violations. The proposed amended complaint is attached hereto as Exhibit "A".

## MEMORANDUM OF LAW

This is Plaintiff's first leave to file an amended complaint. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that the "court should freely give leave when justice so requires." *See Burger King Corp v. Weaver*, 196 F.3d 1310, 1319 (11th Cir. 1999); *Espy v. Wainwright*, 734 F.2d 748,750 (11th Cir. 1984)(recognizing "unless there is substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"). Here, the interests of justice will be served by allowing Plaintiff to file the amended complaint. Reasonable requests to amend should be viewed with favor by the Court. See Wright v. Miller, *Federal Practice and Procedure,* §1848, p. 417 and cases cited therein. Leave to amend should normally be granted unless the moving party is guilty of undue delay, bad faith or dilatory motive or the proposed amendment would be futile or cause undue prejudice to the opposing party. *Forman v. Davis*, 371 U.S. 178, 182 (1962).

As stated above, adding new party defendants would serve judicial economy as Plaintiff would not be required to file a separate action for the identical issues. Said amended complaint new issues by alleging that Window Mart Inc., and two new party defendants WM International Group LLC and WM Group LLC are a joint enterprise pursuant to 29 U.S.C. 203(r).

Allowing said amended will allow the Court to decide said case on the merits. Plaintiff has attached his proposed Amended Complaint.

**WHEREFORE**, Plaintiff respectfully requests that this honorable Court grant this Motion for Leave to Amend, and permit Plaintiff to file the attached Amended Complaint.

### Certificate of Good Faith Conferral

Plaintiff's Counsel attempted to confer via email on July 30, July 31 and by telephone with Defendants' Counsel.  No response was received as to the issue of amending to add the Florida Minimum wage claim.

        Respectfully Submitted,

        J.H. Zidell, P.A.
        Attorney For Plaintiffs
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865 – 7167

        By:   *Steven Fraser*
            Steven C. Fraser
            Florida Bar Number: 625825

## CERTIFICATE OF SERVICE:

I hereby certify that on September 2, 2015, I electronically filed the Motion to Amend Complaint  with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all persons identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/Steven C. Fraser
        Steven C. Fraser, Esq.
        Fla. Bar No. 625825
        J.H. Zidell, P.A.
        Attorney for Plaintiff
        300 71st Street #605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865 – 7167
        Email: steven.fraser.esq@gmail.com

## SERVICE LIST

**Via cm/ECF**

| | |
|---|---|
| STEPHEN N. ROSENTHAL, ESQ.<br>Attorney for Defendants<br>25 West Flagler Street, Suite 1040<br>Miami, Florida  33130<br>Tel:  (305) 931-1115<br>Fax: (305) 931-1180<br>Florida Bar No.  346144<br>snrlw@aol.com | SCOTT EGLESTON, ESQ.<br>Co-Counsel for Defendants<br>Law Office of Scott Egleston<br>152 NE 167th Street, Suite 300<br>Miami, Florida 33162-3400<br>Tel:  (305) 892-8088<br>Fax: (305) 892-9562<br>Florida Bar No.  883425<br>scotteglestonatt@bellsouth.net |