UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-22087-Scola/Otazo-Reyes

MEDARO KAUFFMAN BAREA and all
Others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

MIAMI USED PALLETS, CORP. and
ROBERTO RODRIGUEZ RAMOS,

    Defendants.
_____/

## MOTION TO DISMISS COUNT III OF PLAINTIFF'S AMENDED COMPLAINT

**COME NOW,** the Defendants, by and through their undersigned attorney and herewith submit this their Motion to Dismiss Count II of Plaintiff's Amended Complaint, and in support thereof would allege as follows:

1.    On June 3, 2015, Plaintiffs filed their Complaint against the Defendants herein.

2.    Count III of Plaintiff's Amended Complaint seeks the award of monies and damages pursuant to Florida Statute 448.110, however Plaintiffs failed to comply with conditions precedent with respect thereto by failing to forward notice as required pursuant to Florida Statute 448.110. In particular, notice was sent by Plaintiffs on June 1, 2015 however as set forth herein and above, Plaintiff's initial Complaint was filed on June 3, 2015 in violation of the 15 day notice provision in accordance with Florida Statute 448.110 et seq.

3.    Additionally, Plaintiffs have brought their Amended Complaint which should relate back to the date of filing of their initial Complaint, seeking damages and recovery in Counts I and II thereof under the Fair Labor Standards Act. As a matter of law, the appropriate

1

limitations under the Fair Labor Standards Act would be two (2) years, or three (3) years should violations be deemed willful, and it is submitted that the Fair Labor Standards Act takes precedent over Plaintiff's attempt to also bring an action pursuant to Florida Statute 448.110.

4. In furtherance thereof, and although for discovery purposes, Defendants previously filed a Motion for Protective Order since Plaintiffs were seeking recovery and documentation for periods of time in excess of three (3) years, and on October 9, 2015 this Honorable Court entered an Order granting Defendant's Motion for Protective Order limiting discovery of financial records to three (3) years. It is therefore respectfully submitted that the appropriate periods of time in which Plaintiffs may seek recovery would be three (3) years, although the Plaintiffs herein in Count III are seeking damages from June 1, 2010.

5. Florida Statute 448.110(10), states as follows:

"This section shall constitute the exclusive remedy under State law for violations of s 24, Article X of the State Constitution".

6. In the case at bar, and as set forth herein and above, it is respectfully submitted that the federal law would pre-empt State law as to limitations wherein any recovery should be limited to a period of three (3) years rather than the five (5) year period requested by Plaintiffs in Count III of their Amended Complaint.

7. Further, Defendants would submit that they are entitled to the recovery of reasonable attorneys' fees and costs in connection herewith, particularly considering the fact that Plaintiffs are attempting to circumvent their failure to comply with conditions precedent of Florida Statute 448.110 dealing with notice requirements by now attempting to file their Amended Complaint. It is submitted that same should not cure the defect and Plaintiff's non-compliance with Florida Statute 448.110(6)(a), as these events have already occurred and Plaintiff's Amended Complaint also still attaches the same letter dated June 1, 2015, only

directed to Miami Used Pallets Corp. when Plaintiff's initial Complaint was filed two (2) days thereafter.

WHEREFORE, the Defendants would respectfully move this Honorable Court for the entry of an Order dismissing Count III of Plaintiff's Amended Complaint and would request the award of reasonable attorneys' fees and costs, together with any other relief this Honorable Court deems meet and proper.

                                    LAW OFFICES OF
                                  STEPHEN N. ROSENTHAL, ESQ.

                                  BY:__/s/_____
                                  STEPHEN N. ROSENTHAL, ESQ.
                                  Attorney for Defendants
                                  Florida Bar # 346144
                                  The City National Bank Building
                                  25 West Flagler Street, Suite 1040
                                  Miami, Florida 33130
                                  Tel: (305) 931-1115
                                  Fax: (305) 931-1180
                                  Email:  snrlw@aol.com


                                  _____/s/_____
                                  SCOTT EGLESTON, ESQ.
                                  Co-Counsel for Defendants
                                  Florida Bar # 883425
                                  152 N.E. 167th Street
                                  Suite 300
                                  Miami, Florida  33162
                                  Tel: (305) 892-8088
                                  Fax: (305) 675-3730
                                  Email:  Scott@eglestonlegal.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 12, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  J. H. ZIDELL, ESQ., zabogado@aol.com and to: Steven Fraser, Esq., Steven.Fraser.esq@gmail.com.

/s/  Stephen N. Rosenthal, Esq.

STEPHEN N. ROSENTHAL