UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-22087-Scola/Otazo-Reyes

MEDARO KAUFFMAN BAREA and all
Others similarly situated under 29 U.S.C.
216(b),

    Plaintiff,

vs.

MIAMI USED PALLETS, CORP. and
ROBERTO RODRIGUEZ RAMOS,

    Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTS I AND II OF PLAINTIFF'S AMENDED COMPLAINT

**COME NOW,** the Defendants, by and through their undersigned attorney and herewith submit this their Answer and Affirmative Defenses to Counts I and II of Plaintiff's Amended Complaint, and in support thereof would allege as follows:

    1.    The Defendants would admit the allegations set forth in paragraphs 1, 7 and 16 of Plaintiff's Amended Complaint.

    2.    The Defendants are without knowledge as to the allegations set forth in paragraphs 2 and 13 of Plaintiff's Amended Complaint and would demand strict proof thereof.

    3.    With respect to paragraph 3 of Plaintiff's Amended Complaint, the Defendant would admit that MIAMI USED PALLETS, CORP. is a Corporation that transacts business in Miami-Dade County, Florida, however would deny all other portions of paragraph 3 not heretofore specifically admitted and would demand strict proof thereof.

4. With respect to paragraph 5 of Plaintiff's Amended Complaint, Defendant's would deny that any acts or omissions in violation of any laws, rules and/or regulations occurred, and would therefore deny said paragraph 5 and demand strict proof thereof.

5. With respect to paragraph 8 of Plaintiff's Amended Complaint, Defendants would deny same as stated, and would submit that the act should be construed and read in whole rather than in part, and would therefore demand strict proof thereof.

6. The Defendants would specifically deny all other allegations as set forth in Counts I and II of Plaintiff's Amended Complaint and would demand strict proof thereof.

## AS AND FOR AFFIRMATIVE DEFENSES

7. The Plaintiffs come before this Honorable Court with unclean hands and further despite having admitted the following facts have nevertheless failed to include the facts that as a material part of Plaintiff's employment, Defendants provided housing, utilities, food and payment for work performed, cable and other items as additional payment for said employment which the Plaintiff fails to set forth in their Amended Complaint, and should therefore be estopped from obtaining any recovery herein.

8. The Defendants are not engaged in interstate commerce as an enterprise, and therefore Plaintiffs should be denied from obtaining any recovery herein. Rivera v. Fantastic Finishes Auto Body, Inc., (651 F.Supp. 2d 1356), quoting Thorne at 448 F.3d 1265, (11th Circuit, 2006), Lotta v. Denzenzo's Italian Restaurant, 2009 WL 4349806, (M.D. Fla. 2009).  Upon information and belief, the Plaintiffs have failed to pay Federal Income Tax and monies due and owing to governmental entities although claiming damages in connection with this action, and therefore come before this Honorable Court with unclean hands and should be estopped from obtaining any recovery and/or release which they seek herein.

9. The Plaintiffs have failed to comply with applicable notice provisions with respect to the institution of this action and should therefore be estopped from obtaining any of the relief and/or recovery which they seek in connection with this action.

10. The Defendants have also retained services of counsel to whom they have agreed to pay a reasonable fee.

WHEREFORE, the Defendants would respectfully request the entry of a Judgment in their favor serving to deny any of the relief as requested by Plaintiffs, and would request the award of reasonable attorneys' fees and costs, and would demand trial by jury of all issues triable as a matter of right.

LAW OFFICES OF
STEPHEN N. ROSENTHAL, ESQ.

BY:__/s/_____
STEPHEN N. ROSENTHAL, ESQ.
Attorney for Defendants
Florida Bar # 346144
The City National Bank Building
25 West Flagler Street, Suite 1040
Miami, Florida 33130
Tel: (305) 931-1115
Fax: (305) 931-1180
Email:  snrlw@aol.com

       /s/
SCOTT EGLESTON, ESQ.
Co-Counsel for Defendants
Florida Bar # 883425
152 N.E. 167th Street
Suite 300
Miami, Florida  33162
Tel: (305) 892-8088
Fax: (305) 675-3730
Email:  Scott@eglestonlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 12, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  J. H. ZIDELL, ESQ., zabogado@aol.com and to: Steven Fraser, Esq., Steven.Fraser.esq@gmail.com.

      /s/  Stephen N. Rosenthal, Esq.

      STEPHEN N. ROSENTHAL