# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-22087-Scola/Otazo-Reyes

MEDARDO KAUFFMAN BAREA and all
others similarly situated under 29 U.S.C.
216(b),

      Plaintiff,

vs.

MIAMI USED PALLETS, CORP. and
ROBERTO RODRIGUEZ RAMOS,

      Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNT III OF PLAINTIFF'S AMENDED COMPLAINT

**COME NOW**, Defendants, MIAMI USED PALLETS, CORP., and ROBERTO RODRIGUEZ, by and through the undersigned counsel, and herewith submit their Answer and Affirmative Defenses to Count III of Plaintiff's Amended Complaint, and in support thereof would alleges as follows:

1. The Defendants would admit the allegations set forth in paragraph 20 of Plaintiff's Amended Complaint.

2. The Defendants would admit the allegations set forth in paragraph 21 of Plaintiff's Amended Complaint.

3. The Defendants would deny allegations in paragraph 22 of Plaintiff's Amended Complaint and would demand strict proof thereof.

4. The Defendants would deny allegations set forth in paragraph 23 of Plaintiff's Amended Complaint and would demand strict proof thereof.

Case No.: 15-cv-22087-Scola/Otazo-Reyes

5. The Defendants would admit the allegations set forth in paragraph 24 of Plaintiff's Amended Complaint.

6. The Defendants would deny allegations set forth in paragraph 25.

7. The Defendants would deny allegations set forth in paragraph 26.

8. The Defendants would deny allegations set forth in paragraph 27.

## AS AND FOR AFFIRMATIVE DEFENSES

9. The Plaintiffs come before this Honorable Court with unclean hands and further despite having admitted the following facts have nevertheless failed to include the facts that as a material part of Plaintiff's employment, Defendants provided housing, utilities, food and payment for work performed, cable and other items as additional payment for said employment which the Plaintiff fails to set forth in their Amended Complaint, and should therefore be estopped from obtaining any recovery herein.

10. Upon information and belief, the Plaintiffs have failed to pay Federal Income Tax and monies due and owing to governmental entities although claiming damages in connection with this action, and therefore come before this Honorable Court with unclean hands and should be estopped from obtaining any recovery and/or release which they seek herein.

11. The Plaintiffs have failed to comply with applicable notice provisions with respect to the institution of this action and should therefore be estopped from obtaining any of the relief and/or recovery which they seek in connection with this action.

12. The Defendants have also retained services of counsel to whom they have agreed to pay a reasonable fee.

Case No.: 15-cv-22087-Scola/Otazo-Reyes

WHEREFORE, the Defendants would respectfully request the entry of a Judgment in their favor serving to deny any of the relief as requested by Plaintiffs, and would request the award of reasonable attorneys' fees and costs, and would demand trial by jury of all issues triable as a matter of right.

Respectfully submitted,

**Law Office of Scott Egleston**
*Counsel for Defendants*
152 NE 167th Street, Suite 300
Miami, Florida 33162
P: (305) 892-8088
E: scott@eglestonlegal.com

By: _/s/ Scott Egleston_____
Scott Egleston Esq. **(**Fla. Bar # 883425)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: J. H. ZIDELL, ESQ., zabogado@aol.com

Respectfully submitted,

**Law Office of Scott Egleston**
*Counsel for Defendants*
152 NE 167th Street, Suite 300
Miami, Florida 33162

By: _/s/ Scott Egleston_____
Scott Egleston Esq. **(**Fla. Bar # 883425)