UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MEDARDO KAUFMAN,                         CASE NO.: 15-22087-Civ-Scola

    *Plaintiff,*

-VS-

MIAMI USED PALLETS CORP., and
ROBERTO RODRIGUEZ,

    *Defendants.*
_____/

**NOTICE OF SERVING EXPERT WITNESS SUMMARIES/REPORTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26 (a) (2)**

COMES NOW, the Defendants, by and through undersigned counsel and gives notice of service of Expert Witness Summary and Report upon counsel for Plaintiff pursuant to Federal Rule of Civil Procedure 26 (a) (2).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by upon opposing counsel by electronic means to the following: J. H. ZIDELL, ESQ., zabogado@aol.com on this 18th of January, 2016.

    Respectfully submitted,

    By:   s/Scott Egleston____
          152 NE 167th Street, Suite 300
          Miami, Florida 33162
          Email: scott@eglestonlegal.com
          Phone (305) 892-8088
          Fla. Bar No. 883425