United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Medardo Kauffman Barea, Plaintiff )<br>)<br>v. )<br>)<br>) Civil Action No. 15-22087-Civ-Scola<br>Miami Used Pallets, Corp., and )<br>Roberto Rodriguez Ramos, )<br>Defendants. ) | |

### Order Referring Consent Case To Magistrate Judge

The parties to this lawsuit have jointly elected to jurisdiction by a United States Magistrate Judge for all further proceedings in this case, including the trial and entry of final judgment. (Joint Notice and Consent, ECF No. 57.)

The Court **orders** that, consistent with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, all further proceedings in this matter, including trial and entry of final judgment, will be presided over by United States Magistrate Judge Alicia M. Otazo-Reyes. The case number, style, and docket shall reflect this consent and referral.

**Done and Ordered**, at Miami, Florida, on January 19, 2016.

_____
Robert N. Scola, Jr.
United States District Judge