UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-22087-OTAZO-REYES

**CONSENT CASE**

MEDARDO KAUFFMAN BAREA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

MIAMI USED PALLETS, CORP., and
ROBERTO RODRIGUEZ RAMOS,

    Defendants.
_____/

**SCHEDULING ORDER**

THIS CAUSE is before the Court upon the parties' Joint Revised Scheduling Order Proposal [D.E. 63]. Upon due consideration, it is

ORDERED AND ADJUDGED that:

1. The pretrial dates set by the current Scheduling Order [D.E. 47] are modified as follows:

    | | |
    |---|---|
    | March 30, 2016 | Deadline to complete all fact discovery. |
    | April 30, 2016 | Deadline for the filing of all dispositive motions, and deadline for Plaintiff to respond to Defendants' pending Motion for Summary Judgment. |
    | August 17, 2016 | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e), jury instructions pursuant to Local Rule 16.1(k), verdict form, and motions in limine. |

2. The Pretrial Conference is hereby **SET** for **Friday, August 19, 2016, at 2:00 P.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.**

2

3.   The Jury Trial is specially **SET** to commence on **Tuesday, September 6, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Four days have been set aside for trial, through September 9, 2015.

4.   If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Miami, Florida this 16th day of February, 2016.

_____
ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record