# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS



# Detail by Entity Name

### Florida Profit Corporation
FLORIDA USED PALLETS, INC.

### Filing Information

| | |
|---|---|
| Document Number | P04000159725 |
| FEI/EIN Number | 20-1935454 |
| Date Filed | 11/24/2004 |
| State | FL |
| Status | ACTIVE |
| Last Event | REINSTATEMENT |
| Event Date Filed | 02/19/2016 |

### Principal Address

790 NW 22 ST.
MIAMI, FL 33127

Changed: 02/19/2016

### Mailing Address

790 NW 22 ST.
miamiusedpallets@yahoo.com
MIAMI, FL 33127

Changed: 02/19/2016

### Registered Agent Name & Address

ORAMA, ROSA M
790 NW 22 ST.
MIAMI, FL 33127

Name Changed: 02/19/2016

### Officer/Director Detail

**Name & Address**

Title P

ORAMA, ROSA M
790 N.W. 22 STREET
MIAMI, FL 33127

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2014 | 10/06/2014 |
| 2015 | 02/19/2016 |
| 2016 | 02/19/2016 |

## Document Images

| | |
|---|---|
| 02/19/2016 -- REINSTATEMENT | View image in PDF format |
| 10/06/2014 -- REINSTATEMENT | View image in PDF format |
| 03/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2012 -- ANNUAL REPORT | View image in PDF format |
| 10/07/2011 -- REINSTATEMENT | View image in PDF format |
| 03/31/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/08/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2007 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/18/2005 -- ANNUAL REPORT | View image in PDF format |
| 11/24/2004 -- Domestic Profit | View image in PDF format |

```
 1    Q    And your secretary would have at least the
 2   information for those invoices?
 3    A    Of course.
 4    Q    At your business, how many buildings --
 5   and I haven't been there and I don't know what it
 6   looks like.  I am trying to get a visual.  How
 7   many buildings are located at the address?  You
 8   mentioned your house is there.
 9    A    There are two.  The 772 and 790.
10    Q    At either location, do you have employment
11   posters, employment notifications hanging at your
12   business?
13         MR. ENGLESTON:  Objection.
14    A    Yes.
15    Q    Do you have Fair Labor Standard Act
16   posters?
17    A    A poster?
18    Q    Yes.
19    A    I do have.
20    Q    And where are they hanging?
21    A    I would have to take you there so you can
22   see it.
23    Q    I would like that, if you're actually --
24    A    I figure I am going to have to take you to
25   work with me there.
```