IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:15-CV-22087-AOR

MEDARDO KAUFFMAN BAREA and )
Others similarly situated under 29 U.S.C. )
216(b), )
)
Plaintiff, )
)
v. )
)
MIAMI USED PALLETS, CORP, )
ROBERTO RODRIGUEZ RAMOS, )
)
Defendants. )
_____)

## CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY PURSUANT TO FED. R. EVIDENCE 902(11) AND WAIVER OF APPEARANCE

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written certification regarding the records of regularly conducted business activity which are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are identified as those records produced by LATAM Airlines Group S.A. (a/k/a LAN Airlines) ("LATAM") in response to the Amended Subpoena Duces Tecum dated March 7, 2016 issued in the above referenced matter (hereinafter "Subpoena") which are as follows:

    - Purchase Order No. 4502972071 issued to Florida Used Pallets Inc.

3. LATAM is an airline that engages in the air transport of passengers and cargo. LATAM does not manufacture pallets. LATAM uses pallets for the air transport of cargo, and cannot determine whether the pallets reflected on Purchase Order No. 4502972071 were used for international transport.

4. The records are originals, duplicate copies and/or scanned copies of business records.

5. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

1

6. The records were kept in the course of a regularly conducted, lawful, business activity.

7. The records were made by the regularly conducted business activity as a regular practice.

8. I have requested that J.H. Zidell, Esq., Attorney for Plaintiff, take custody of these documents and present them to the Court in lieu of actual appearance by myself before at a deposition. I understand that this is voluntary on my part and I have an absolute right to appear before the Court.

**I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.**

Signature: *[signature]*
By: Maria Elena Borrajo
Title: Purchasing Coordinator
Company: LATAM Airlines Group S.A. d/b/a LAN Airlines
Address: 6500 NW 22nd Street, Miami, FL 33122
Date: March 18, 2016