UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-22087-OTAZO-REYES

CONSENT CASE

MEDARDO KAUFFMAN BAREA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

MIAMI USED PALLETS, CORP., and
ROBERTO RODRIGUEZ RAMOS,

    Defendants.
_____/

ORDER

THIS CAUSE is before the Court upon Plaintiff Medardo Kauffman Barea's ("Plaintiff") Motion for Extension of Discovery and Answer to Defendants' Motion for Summary Judgment, to Compel, and Sanctions for Discovery Violations ("Omnibus Motion") [D.E. 72]. The undersigned held a hearing on this matter on April 1, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Omnibus Motion [D.E. 72] is GRANTED IN PART and DENIED IN PART as to its various components, as follows:

- ➤ The Motion to Extend the Discovery Deadline is GRANTED. The discovery deadline shall be extended **30 days** from March 30, 2016 for the purpose of allowing Plaintiff to conduct additional discovery to respond to Defendants Miami Used Pallets, Corp. and Roberto Rodriguez Ramos' ("Defendants") Motion for Summary Judgment.

- ➢ The Motion to Extend the Deadline for Plaintiff to respond to Defendants' Motion for Summary Judgment is GRANTED.  Plaintiff shall have **15 days** after the extended discovery deadline to file its response to the Motion for Summary Judgment.

- ➢ The Motion to Compel the inspection of the Defendants' premises and the property located at 790 NW 22nd St. Miami, FL 33127 is GRANTED IN PART.  During the inspection, Plaintiff will only be permitted to take pictures of equipment, signage, and anything outside the premises.

- ➢ The Motion to Compel a certificate of interested parties from Defendants is GRANTED.  Defendants shall file their Certificate of Interested Parties in compliance with Federal Rule of Civil Procedure 7.1 within **7 days**.

- ➢ The Motion to Compel the Deposition of the Corporate Representative of Florida Used Pallets, Inc. and Rosa M. Orama is DENIED.

- ➢ The Motion for Sanctions is DENIED.

- ➢ The Motion for Amendment of Pleadings for the purposes of joining a party is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of April, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record