UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.:  15-CV-22087 Scola/Otazo-Reyes

MEDARDO KAUFMAN

       Plaintiff,

vs.

MIAMI USED PALLETS,CORP and
ROBERTO RODRIGUEZ RAMOS,

       Defendant.
_____/

## NOTICE OF FILING DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW the Defendant, Miami Used Pallets Corp. ("**Miami Used Pallets**"), by and through its undersigned counsel, and pursuant to Rule 7.1(a)(2) Fed. R. Civ. P. hereby states there is no such parent corporation.

Respectfully Submitted,

**Scott Egleston, P.A**
*Attorney for Plaintiff*
152 N.E. 167th Street, Suite 300
Miami Florida 33162
Phone: (305) 892-8088
E-mail: scott@eglestonlegal.com

By: _S/Scott Egleston_____
**Scott Egleston**
Fla. Bar No. 883425

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 7, 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of recor identified on the attached Service List in the manner

specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                Respectfully submitted,


            By: _S/Scott Egleston, Esq._____
              **Scott Egleston, Esq.**
              Fla. Bar No. 883425


## SERVICE LIST

**Attorneys for Plaintiff:**
J.H. Zidell, Esq.
Allyson G. Morgado, Esq
Joshua H. Sheskin, Esq
*J.H. Zidell, P.A.*
30071 Street, Suite 605
Miami Beach, Florida 33142
E-mail: amorgado@jhzidell.com
Tel: (305) 865-6766

**-and-**

**Attorneys for Defendants:**
*SCOTT D. EGLESTON*, P.A.
152 N.E. 167th Street, Suite 300
Miami Florida 33162
Telephone: (305) 892-8088
E-mail: scott@eglestonlegal.com

Stephen Rosenthal, Esq.
25 West Flagler Street, Suite 1040
Miami Florida 33130
Telephone: (305) 931-1115
E-mail: snrlw@aol.com