UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22087-AOR

MEDARDO KAUFFMAN BAREA and all        )
others similarly situated under 29 U.S.C.   )
216(b),                                    )
                                           )
                    Plaintiff,             )
        vs.                                )
                                           )
MIAMI USED PALLETS, CORP.;                 )
ROBERTO RODRIGUEZ RAMOS,                   )
                                           )
                    Defendants.            )
_____   )

## ORDER ON PARTY AND NON-PARTIES' JOINT STIPULATION

This cause, having come before the Court on Party's, and Non-Party's Joint Stipulation, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said Joint Stipulation is adopted by The Court. Additionally:

1. Plaintiff is to amend to add additional stipulated parties within ten days;

2. Defense Counsel is to accept service on behalf of stipulated parties and have ten days to amend the answer in accordance with The Joint Stipulation of the Parties;

3. Defense Counsel is to produce Rosa M. Orama, for deposition, by May 18, 2016; and

4. No other discovery will take place without Leave of Court.

**DONE AND ORDERED** in Chambers this 26th day of April , 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:** All Parties