UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22087-AOR
[CONSENT CASE]

| | |
|---|---|
| MEDARDO KAUFFMAN BAREA and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiff, <br> vs. <br><br> MIAMI USED PALLETS, CORP.; ROBERTO RODRIGUEZ RAMOS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF POTENTIAL
CALENDAR CONFLICT REGARDING TRIAL AVAILABILITY**

**COME(S) NOW**, Plaintiff(s), by and through undersigned counsel, pursuant to S.D.L.R. 16.3, and file(s) this Notice of Calendar Conflict ("Notice") and state(s) as follows regarding upcoming trials set on the undersigned Firm's trial calendar:

1. *Carmen Elena Franco Morales v. Aventura's Finest Hand Carwash, L.L.C., et al.,* S.D. Fla. Case No. 1:15-cv-21821-KMW, before Judge Kathleen M. Williams, is scheduled to commence on the two-week trial period commencing **September 6, 2016.** (Order entered 4/19/16 [DE 72]).

2. *Mesa v. Luis Garcia Land Service, Co., et al.*, S.D. Fla. Case No. 1:15-cv-22995-KMW, the Honorable Kathleen M. Williams, is scheduled to commence on the same two-week trial period of **September 6, 2016.** (Order entered 10/5/15 [DE 14]).

3. *Sardinas v. Divine Living in Hialeah, LLC., et al.*, S.D. Fla. Case No. 1:15-cv-21849-Torres, the Honorable Edwin Torres, is special set to commence **September 6, 2016.** (Order entered 11/4/15 [DE 32]).

4. *Del Carmen v. Padilla, et al.*, S.D. Fla. Case No. 1:15-cv-22892, the Honorable Darrin Gayles, is set to commence beginning on the two week period of **September 6, 2016.** (Order entered 11/30/15 [DE 15]).

5. *Barea v. Miami Used Pallets, Corp. et al.*, S.D. Fla. Case No. 1:15-cv-22087-Otazo-Reyes the Honorable Alicia Otazo-Reyes, is special set to commence **September 6, 2016.** (Order entered 2/16/16 [DE 66]).

WHEREFORE, the Plaintiff(s) provides notice of the afore-mentioned potential conflicts regarding the trial calendar.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:_/s/__K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED TO THE FOLLOWING ON 5/31/16:**

**ALL CM/ECF NOTICE RECIPIENTS**

**BY:_____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**