UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22087-AOR

MEDARDO KAUFFMAN BAREA and all others similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

MIAMI USED PALLETS, CORP.;
ROBERTO RODRIGUEZ RAMOS,

    Defendants.
_____

## NOTICE OF ATTORNEY APPEARANCE

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's Notice of Attorney Appearance, and in support thereof states as follows:

1. The undersigned, Allyson Morgado on behalf of the firm J.H. Zidell, P.A., hereby files her notice of appearance.

Dated this 26th day of July, 2016.

    Respectfully Submitted,

    J.H. Zidell, P.A.
    *Attorneys for Plaintiff*
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167

    By: /s/ Allyson Morgado
    Allyson Morgado
    Florida Bar No.: 91506

## CERTIFICATE OF SERVICE

I hereby certify that as of July 26, 2016 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record in the Service List below.

        Respectfully Submitted,

        J.H. Zidell, P.A.
        *Attorneys for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By: /s/ Allyson Morgado
        Allyson Morgado
        Florida Bar No.: 91506

## SERVICE LIST

**Scott Daniel Egleston**
Scott Egleston, P.A.
Brickell Bay Office Tower
1001 Brickell Bay Drive
Suite 1200
Miami, FL 33131
305-892-8088
Email: scotteglestonatt@bellsouth.net

**Stephen N. Rosenthal**
20533 Biscayne Boulevard
Aventura, FL 33180
305-931-1115
Fax: 931-1180
Email: snrlw@aol.com