| United States District Court | |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA – MIAMI-DADE DIVISION | |
| MEDARDO KAUFFMAN BAREA and all others similarly situated under 29 U.S.C. 216(b),<br><br>     Plaintiff,<br>  vs.<br><br>MIAMI USED PALLETS, CORP.;<br>ROBERTO RODRIGUEZ RAMOS;<br>FLORIDA USED PALLETS, INC.; &<br>ROSA M. ORAMA.<br><br>     Defendants. | **PLAINTIFF'S EXHIBIT LIST**<br><br>CASE NO.: 1:15-CV-22087-AOR |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable<br>OTAZO-REYES | J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Scott Daniel Egleston<br>Scott Egleston, P.A.<br>Brickell Bay Office Tower<br>1001 Brickell Bay Drive, Suite 1200<br>Miami, FL 33131<br><br>Stephen N. Rosenthal<br>20533 Biscayne Boulevard<br>Aventura, FL 33180 |
| TRIAL DATE(S)<br>September 6, 2016 | | |

| PLF. NO | Defendants Objections | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Any and all documents and/or transcript used for impeachment and/or rebuttal purposes |
| 2 | | | | | Any and all documents introduced by Defendant and/or included in Defendant's exhibit list without waiving any objections to same |
| 3 | | | | | |
| | | | | | |