# United States District Court

SOUTHERN DISTRICT OF FLORIDA – MIAMI-DADE DIVISION

| | |
|---|---|
| MEDARDO KAUFFMAN BAREA and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>  vs.<br><br>MIAMI USED PALLETS, CORP.;<br>ROBERTO RODRIGUEZ RAMOS;<br>FLORIDA USED PALLETS, INC.; &<br>ROSA M. ORAMA.<br><br>        Defendants. | **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 1:15-CV-22087-AOR |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable<br>OTAZO-REYES | J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Scott Daniel Egleston<br>Scott Egleston, P.A.<br>Brickell Bay Office Tower<br>1001 Brickell Bay Drive, Suite 1200<br>Miami, FL 33131<br><br>Stephen N. Rosenthal<br>20533 Biscayne Boulevard<br>Aventura, FL 33180 |

| TRIAL DATE(S) | | |
|---|---|---|
| September 6, 2016 | | |

| PLF. NO | Defendants Objections | Date Offered | Admissible Witness | Witness Number | Witnesses and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Medardo Kauffman Barea c/o J.H. Zidell P.A. |
| 2 | | | | | Roberto Rodriguez Ramos c/o Defense counsel |
| 3 | | | | | Rosa M. Orama c/o Defense counsel |
| 4 | | | | | Barbaro Abrahantes 11780 SW 18th Street, Apt. 123, Miami, FL 33175 |
| 5 | | | | | Jorge Juan Santana 1320 NW 24th Street, Apt. 607, Miami, FL, 33142 |

|   |   |   |   |   |                                                                    |
|---|---|---|---|---|--------------------------------------------------------------------|
| 6 |   |   |   |   | Any witnesses named by Defendants without waiving objections to same |
| 7 |   |   |   |   | Rebuttal witnesses                                                 |