UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22087-AOR

MEDARDO KAUFFMAN BAREA and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                        )
                                        )
              Plaintiff, )
       vs. )
                                        )
                                        )
MIAMI USED PALLETS, CORP.; )
ROBERTO RODRIGUEZ RAMOS; )
FLORIDA USED PALLETS, INC.; & )
ROSA M. ORAMA. )
                                        )
              Defendants. 
_____

**<u>DEFENDANTS' EXHIBIT LIST</u>**

1.     Any and all documents and/or transcript used for impeachment and/or rebuttal purposes.


2.     Any and all documents introduced by Plaintiff and/or included in Plaintiff's exhibit list
       without waiving any objections to same.


3.     Comparable with respect with rental value and property value.


4.     Any and all documents included in discovery included but not limited to deposition
       transcripts, request for production, request for admission, subpoenas.


5.     Notices, letters, correspondence by and between the parties hereto.


6.     Plaintiff's Statement and Amended Statement of Claim.


7.      Any and all records, reports, and analysis from Edward Sachs.

Case No.:   15-CV-22087 Scola/Otazo-Reyes


Respectfully submitted,


By:  _S/Scott Egleston, Esq._____

**Scott Egleston, Esq.**
Fla. Bar No. 883425

Stephen Rosenthal, Esq.
25 West Flagler Street, Suite 1040
Miami Florida 33130
Telephone: (305) 931-1115
E-mail: snrlw@aol.com


## SERVICE LIST

**Attorneys for Plaintiff:**
J.H. Zidell, Esq.
Allyson G. Morgado, Esq
Joshua H. Sheskin, Esq
*J.H. Zidell, P.A.*
30071 Street, Suite 605
Miami Beach, Florida 33142
E-mail: amorgado@jhzidell.com
Tel: (305) 865-6766

**-and-**

**Attorneys for Defendants:**
*SCOTT D. EGLESTON*, P.A.
152 N.E. 167th Street, Suite 300
Miami Florida 33162
Telephone: (305) 892-8088
E-mail: scott@eglestonlegal.com

Stephen Rosenthal, Esq.
25 West Flagler Street, Suite 1040
Miami Florida 33130
Telephone: (305) 931-1115
E-mail: snrlw@aol.com