UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Case No.: 15-cv-22087-Scola/Otazo-Reyes

MEDARDO KAUFFMAN BAREA and all
others similarly situated under 29 U.S.C.
216(b),

        Plaintiff,

vs.

MIAMI USED PALLETS, CORP. and
ROBERTO RODRIGUEZ RAMOS,

        Defendants.

**DEFENDANTS' WITNESS LIST**

WITNESSES DEFENDANTS EXPECT TO CALL

1. Roberto Rodriguez
   c/o Scott Egleston, Esq.

2. Rosa Orama
   c/o Scott Egleston, Esq.

3. Medardo Kauffman Barea
   c/o J.H. Zidell, Esq.

3. Elmer Matute
    3104 N.W. 21 Avenue
    Miami, Florida 33142
    Phone number: 305-244-4737

3. Edward S. Sachs CPA/ABV CFF
   20533 Biscayne Boulevard Suite 4-224
   Aventura, Florida 33180
   Phone number: 305- 610-2395

Case No.: 15-cv-22087-Scola/Otazo-Reyes

4. Luis E. Martinez
   2030 S. Douglas Road
   Coral Gables, FL 33134
   Phone number: 305-798-6816

## WITNESSES DEFENDANTS MAY CALL

5. Rebuttal Witnesses, *live witness* or *deposition testimony*
   Deposition designations to be read, if any, are unknown at the present time.

6. Impeachment Witnesses, *live witness* or *deposition testimony*.
   Deposition designations to be read, if any, are unknown at the present time.

7. Witnesses listed by Plaintiff, *live witness* or *deposition testimony*.
   Deposition designations to be read, if any, are unknown at the present time.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **August 17, 2016**, the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List attached in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

s/ScottEgleston_____
Scott Egleston
Attorney for Defendants
152 NE 167th Street Suite 300
Miami, Florida 33131
E-mail: scott@eglestonlegal.com
Phone: (305) 892-8088
Fla. Bar No. 883425

Stephen Rosenthal, Esq.
25 West Flagler Street, Suite 1040
Miami Florida 33130
Telephone: (305) 931-1115
E-mail: snrlw@aol.com

Case No.: 15-cv-22087-Scola/Otazo-Reyes

## SERVICE LIST

**Attorneys for Plaintiff:**
J.H. Zidell, Esq.
Joshua Sheskin, Esq.
Allyson G. Morgado, Esq
J.H. Zidell, P.A.
30071 Street, Suite 605
Miami Beach, Florida 33142
E-mail: amorgado@jhzidell.com
Tel: (305) 865-6766

**-and-**

**Attorneys for Defendants:**
*SCOTT D. EGLESTON*, P.A.
152 N.E. 167th Street, Suite 300
Miami Florida 33162
Telephone: (305) 892-8088
E-mail: scott@eglestonlegal.com

Stephen Rosenthal, Esq.
25 West Flagler Street, Suite 1040
Miami Florida 33130
Telephone: (305) 931-1115
E-mail: snrlw@aol.com