UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CV-22087-AOR

MEDARDO KAUFFMAN BAREA and all )
others similarly situated under 29 U.S.C. )
216(b), )
                                  )
             Plaintiff, )
      vs. )
                                    )
MIAMI USED PALLETS, CORP.; )
ROBERTO RODRIGUEZ RAMOS; )
FLORIDA USED PALLETS, INC.; & )
ROSA M. ORAMA. )
                                    )
           Defendants. )
_____ )

## RESPONSE TO PLAINTIFF'S OMNIBUS MOTION IN LIMINE

COMES NOW Defendants by and through undersigned attorneys and files this their response to Plaintiffs Omnibus Motion in Limine and would state the following

In the case at bar, and as set forth above the Plaintiff herein was not an hourly but was paid a salary of six hundred dollars ($600.00) per week plus additional compensation and benefits which included housing, meals, utilities and tips which were for the Plaintiff's benefit.

In the case of *Salazar-Martinez v Fowler Brothers Inc*. 781 F.Supp 2d 183 (WD New York 2011), the court although dealing in part with reimbursement of visa related expenses such as travel also discuss and draws a distinction with board, lodging or other facilities. The Court in determining allowable deductions after also considering the reasoning in the 11th Circuit case of *Arriaga v Florida Pacific Farms,* LLC, 305 F. 3d 1228   (11th Circuit 2002), applied a balancing test.

In applying this analysis the Court also speaks to costs that primarily benefit the employee as universally ordinary living expenses that one would incur in the course of life outside the workplace.

In the case at bar the Plaintiff was undeniably provided with housing, received tips and was provided with meals and utilities and other incidentals for living. Although the Plaintiff herein argues that Defendants have a lack of records with respect thereto, it should be relatively simple to determine a fair rental value, and utility expenses since Plaintiff was a salaried employee.  The Defense intends to call not only the defendants in this cause but other witnesses who will testify not only to the fact that the Defendant did in fact live in his own property but will bring forth witnesses who can testify to the fair rental value of the property. Was not provided this as part of his compensation.

The subject property is a small apartment for which the Defendants could have received rental income if not been provided to Plaintiff. This apartment was used by the Plaintiff only and was for his own personal use and enjoyment.

During the course of trial this Honorable court will have an opportunity to weigh testimony and any evidence on this issue, and accordingly it is submitted that same should not be precluded by a motion in Limine.

The Parties have stipulated to exclude reference to the following four (4) matters brought forth in the Plaintiff's Omnibus Motion in Limine.

1.      There shall be no reference to attorney's fees and costs.

2.      There shall be no reference to liquidated damages.

3.    There shall be no reference to Plaintiff's counsel representation of Plaintiff in the subject lawsuit including, without limitation, how or why the Plaintiff retained the undersigned firm to represent him in this matter, or other legal matters, and Plaintiff's counsel infomercial/commercial.

4.    There shall be no reference to allegations that the lawsuit was promoted or instigated by Plaintiff's attorney's.

Respectfully submitted,

*SCOTT D. EGLESTON*, P.A.
152 N.E. 167th Street, Suite 300
Miami Florida 33162
Telephone: (305) 892-8088
E-mail: scott@eglestonlegal.com

Stephen Rosenthal, Esq.
25 West Flagler Street, Suite 1040
Miami Florida 33130
Telephone: (305) 931-1115
E-mail: snrlw@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **August 17, 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.