UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-22087-OTAZO-REYES

**CONSENT CASE**

MEDARDO KAUFFMAN BAREA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

MIAMI USED PALLETS, CORP., and
ROBERTO RODRIGUEZ RAMOS,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court for Pretrial Conference during which the Court addressed Defendants Miami Used Pallets, Corp. and Roberto Rodriguez Ramos' ("Defendants") Motion for Continuance [D.E. 107]; and Plaintiff Medardo Kauffman Barea's ("Plaintiff") Omnibus Motion in Limine [D.E. 96]. In accordance with the Court's rulings at the Pretrial Conference, it is

ORDERED AND ADJUDGED as follows:

1. Defendants' Motion for Continuance [D.E. 107] is GRANTED. The Jury Trial set for Tuesday, September 6, 2016, is hereby RESET to commence on **Monday, September 19, 2016, at 9:00 A.M. at the United States District Court, 301 North Miami Avenue, Miami, Florida, Tenth Floor.** Five days have been set aside for trial.

2

2. Plaintiff's Omnibus Motion in Limine [D.E. 96] is GRANTED IN PART as to Items No. 1a, 1b, 1c, and 1d, based upon Defendants' non-opposition. The Court reserves ruling on Item No. 1e until after Plaintiff has put on his case.

It is further

ORDERED AND ADJUDGED that, if the case is settled, counsel are directed to inform the Court promptly at (305) 523-5740 and to submit an appropriate Order for Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

DONE AND ORDERED in Miami, Florida this 19th day of August, 2016.

_____
ALICIA M. OTAZO REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record