UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-22087-OTAZO-REYES

**CONSENT CASE**

MEDARDO KAUFFMAN BAREA, and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

MIAMI USED PALLETS, CORP., and
ROBERTO RODRIGUEZ RAMOS,

    Defendants.
_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon the Joint Notice of Settlement [D.E. 114], which informed the Court that the parties have reached an agreement. In light of the foregoing, it is

ORDERED AND ADJUDGED as follows:

➢     The parties shall file a stipulation of dismissal within **20 days** of this Order.

➢     The jury trial specially set to begin on Monday, September 19, 2016 is hereby CANCELLED in light of the Joint Notice of Settlement [D.E. 114].

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of September, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record